

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00486-CV

**RIVER CITY ROOFING & REMODELING, INC.,**
Appellant

v.

Howard **SOLOMON,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2012-CV-0135
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

Appellee's motion for extension of time is GRANTED. Appellee's brief is due March 12, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court